# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WALTER HYDE, *et al.*, | : | NO. 4:16-CV-02486 |
| | : | |
| Plaintiffs, | : | (Judge Brann) |
| | : | |
| THE SHAMOKIN SEWER AUTHORITY, | : | (Chief Magistrate Judge Schwab) |
| | : | |
| Defendant. | : | |

## ORDER

### AUGUST 21, 2017

Before the Court for disposition is a Report and Recommendation filed by Chief Magistrate Judge Susan E. Schwab on July 17, 2017.[1] In this Report, Chief Magistrate Schwab recommended that (1) the case be dismissed for failure of Plaintiff to pay the required filing fee or file a properly completed application for leave to proceed *in forma pauperis*; and (2) the Clerk be directed to close this case.[2] No objections to this Report and Recommendation have since been filed.

Upon designation, a magistrate judge may "conduct hearings, including evidentiary hearings, and . . . submit to a judge of the court proposed findings of fact and recommendations."[3] Once filed, this Report and Recommendation is

---

[1]   ECF No. 8.

[2]   *Id.*

[3]   28 U.S.C. 636(b)(1)(B).

- 1 -

disseminated to the parties in the case who then have the opportunity to file written objections.[4] Where no objection is made to a report and recommendation, the court should, as a matter of good practice, "satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."[5] Nevertheless, whether timely objections are made or not, the district court may accept, reject or modify, in whole or in part, the findings or recommendations made by the magistrate judge.[6]

Following independent review of the record, I am satisfied that the Report and Recommendation contains no clear facial error. The Court is in full agreement that, due to Plaintiff's failure to pay the required filing fee or file a properly completed application for leave to proceed *in forma pauperis*, this case should be dismissed.

**AND NOW**, therefore, **IT IS HEREBY ORDERED** that:

1. Chief Magistrate Judge Susan E. Schwab's Report and Recommendation (ECF No. 8) is **ADOPTED IN ITS ENTIRETY**; and

---

[4] 28 U.S.C. 636(b)(1).

[5] *Rieder v. Apfel*, 115 F.Supp.2d 496, 499 (M.D.Pa. 2000) (citing *United States v. Raddatz*, 447 U.S. 667, 676 (1980)).

[6] 28 U.S.C. § 636(b)(1); Local Rule 72.31.

2. The Clerk of Court is directed to close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge